UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL RAY EDWARDS,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA et al.,<br><br>Respondents. | No. 2:15-cv-0055 CKD P (TEMP)<br><br><br><br>ORDER |

On September 28, 2015, this court dismissed petitioner's petition for a writ of habeas corpus and granted him thirty days leave to file an amended petition. That thirty day period has now expired, and petitioner has not filed an amended petition or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated: November 13, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

edwa0055.fta

---

[1] Petitioner has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 7)